UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

FLAMINGO CAY, LTD., a Bahamian
limited liability company,

       Plaintiff,

v.                                         CASE NO.  14-cv-01392-TJC-PDB

M/V FLAMINGO EXPLORER (ex: PERFECT
LIFE), a 165-foot motor vessel registered in
the Marshall Islands with Official Number 70582,
*in rem* and ST. JOHNS SHIP BUILDING, INC.,
a Florida corporation, *in personam*,

       Defendants.
_____/

## MOTION TO STAY

       COMES NOW the Defendant, ST. JOHNS SHIP BUILDING, INC., by and through its undersigned counsel and moves this Honorable Court to stay the action against them and in support thereof would state:

       1.      Plaintiff in this action is Counter-Claimant in a previously filed action.

       2.      The Counterclaim in the previously filed action is virtually identical to the claim set forth in this action.

       3.      It is in the best interest of judicial economy to stay this matter pending a resolution of the previously filed action, which will resolve all of the issues set forth in this action.

WHEREFORE, Defendant, ST. JOHNS SHIP BUILDING, INC., respectfully moves this Honorable Court to stay this action.

## MEMORANDUM OF LAW IN SUPPORT

Rule 1 of the Federal Rules of Civil Procedure specifically provides that the Rules are to be construed and administered to secure the just, speedy and inexpensive determination of every action and proceeding.  It is in the best interest of judicial economy to stay this matter pending resolution of the prior filed matter, which will decide exactly the same issues that are presented in this case.

## LOCAL RULE 3.01(g) CERTIFICATE

The undersigned counsel for Defendant, ST. JOHNS SHIP BUILDING, INC., hereby certifies that he has been in contact with counsel for Plaintiff, and that counsel for Plaintiff has no objection to this Motion and the relief requested herein.

Respectfully submitted,

Allen von Spiegelfeld – FBN 256803
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1500
Tampa, FL  33602
Telephone:  (813) 221-1500
Facsimile:   (813) 222-3066
avonsp@bankerlopez.com
ethiel@bankerlopez.com

Attorneys for Defendant,
St. Johns Ship Building, Inc.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 22, 2015, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            Allen von Spiegelfeld – FBN 256803