UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLAMINGO CAY, LTD., a Bahamian
limited liability company,

    Plaintiff,

v.                                  Case No. 3:14-cv-1392-HES-PDB
                                       3:14-cv-1358-HES-JBT

M/V FLAMINGO EXPLORER (ex: PERFECT
LIFE), a 165-foot motor vessel registered in
the Marshall Islands with Official Number
70582, *in rem* and ST. JOHNS SHIP
BUILDING, INC., a Florida corporation,
*in personam*,

    Defendants.
_____/

## ORDER

Before the Court is Defendant St. Johns Ship Building, Inc.'s "Motion to Stay" (Dkt. 7, Case No. 3:14-cv-1392-HES-PDB, filed Jan. 22, 2015). The Motion indicates that Plaintiff in this action is Counter-Claimant in a previously filed action, Case No. 3:14-cv-1358-HES-JBT, and that the Counterclaim in the previously filed action is virtually identical to the claim set forth in this action. Defendant thus requests a stay of this action pending a resolution of the previously filed action, which will resolve all of the issues set forth in this action. However, Plaintiff in this action, as Defendant/Counter-Claimant in the previously filed action, has filed a "Motion to Consolidate Cases" (Dkt. 15, Case No. 3:14-cv-1358-HES-JBT, filed Jan. 12, 2015). Thus, this action may either be stayed, or it may be consolidated with the previously filed action. This Court chooses the latter.

Accordingly, it is **ORDERED** and **ADJUDGED**:

1. Defendant/Counter-Claimant Flamingo Cay, Ltd.'s "Motion to Consolidate Cases" (Dkt. 15, Case No. 3:14-cv-1358-HES-JBT, filed Jan. 12, 2015) is **GRANTED**;

2. Defendant St. Johns Ship Building, Inc.'s "Motion to Stay" (Dkt. 7, Case No. 3:14-cv-1392-HES-PDB, filed Jan. 22, 2015) is **DENIED as MOOT**;

3. This action is hereby consolidated with the previously filed action, Case No. 3:14-cv-1358-HES-JBT; and

4. The Clerk is directed to administratively **CLOSE** Case No. 3:14-cv-1392-HES-PDB.

**DONE AND ENTERED** at Jacksonville, Florida, this 30 day of January, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Farris J. Martin, III, Esq.
James W. Stroup, Esq.
Allen K. Von Spiegelfeld, Esq.
Stephen M. Moon, Esq.